IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY SMITH | CRIMINAL ACTION<br>NO. 18-93 |

# O R D E R

**AND NOW**, this 4th day of September, 2018, upon consideration of Defendant Timothy Smith's Motion to Suppress (ECF No. 18); the Government's Response in Opposition Thereto (ECF No. 19); Defendant's Supplemental Memorandum (ECF No. 25); and the Government's Response to the Supplemental Memorandum (ECF No. 26), and following a hearing on the same, **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone

_____
**WENDY BEETLESTONE, J.**